IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 24 CR 72-1-RBW |
| v. | ) | |
| | ) | Hon. Judge Reggie B. Walton |
| KELLY FONTAINE | ) | |

**DEFENDANT FONTAINE'S**
**MOTION TO CONTINUE SURRENDER DATE**

Defendant KELLY FONTAINE, by the Federal Defender Program for the Northern District of Illinois and its attorney, DANIEL HESLER, respectfully moves this court extend the date on which Ms. Fontaine will be required to surrender herself to the custody of the Bureau of Prisons by approximately 60 days. In further support of this motion, defendant states as follows:

1. On June 10, 2024, Kelly Fontaine pled guilty to two misdemeanor counts related to her conduct on January 6, 2021. On October 1, 2024, this Court sentenced Ms. Fontaine to serve 21 days in the custody of the Bureau of Prisons. This Court recommended that she be permitted to serve her sentence at FCI Pekin or a BOP facility close to her home. Pekin is in Illinois. Ms. Fontaine lives near Chicago.

2. Ms. Fontaine has now received notice that she is to report to FDC Philadelphia on January 3, 2025.

3.  That designation is surprising for two reasons. One, it is an FDC, which is essentially a high security facility. This seems like an unusual designation for a middle-aged woman with no record, no problems on bond, no allegations of violence or obstructive conduct, who is self-reporting on a 21-day sentence on Class-B misdemeanors. Additionally, Philadelphia is approximately 650 miles away from where Ms. Fontaine lives. Normally, BOP policy states that inmates are placed within 500 miles of their residence.

4.  The defense understands and accepts that judicial recommendations are merely recommendations. The BOP has sole authority over designations. The BOP may designate any prisoner to serve their time at any BOP institution, and no inmate has any inherent right to placement in any given geographic region or at any given security level. The designation in this case is nonetheless baffling to anyone familiar with the BOP's longstanding designation criteria. It is the defense's speculation that that designation may have had something to do with short-term bed availabilities. Ms. Fontaine will serve her sentence, but she would prefer not to do it in an FDC if possible. Additionally, travel to and from Philadelphia in January is both expensive and subject to weather related uncertainty.[1] Ms. Fontaine already is going to have to take three weeks off from

---

[1] Booking a flight for that morning would leave Ms. Fontaine subject to reporting late if there are flight delays. Booking a flight for the previous day adds the cost of hotel to the proposition.

work. She would rather put the $1,000 that this travel may cost her towards her fine. Moreover, if the BOP thinks that Ms. Fontaine needs to be housed in an administrative facility, it is difficult to conceive why the MCC Chicago would not fit the bill.

5.  For all these reasons, the defense is asking that the Court order an approximately 60-day delay on Ms. Fontaine's reporting date. The hope is that the BOP will, given that time, rethink its designation decision. The defense suggests that this could be accomplished by entering an order that says the following:

> It is hereby ordered that the reporting date into custody for Kelly Fontaine be reset to March 3, 2025, by noon. The Court furthermore reiterates its recommendation, with the understanding that it is merely a recommendation, that Ms. Fontaine be designated to an institution in the general vicinity of Chicago that is appropriate to her security classification as determined by the Bureau of Prisons.

8.  Defense counsel has conferred with AUSA Joe Smith concerning this motion. The government objects to this motion.

9.  If the Court wants any kind of hearing on this matter, hopefully it could be done by phone or video. Both Ms. Fontaine and her appointed counsel are in Illinois.

Therefore, it is respectfully requested that this Court extend the time by which Ms. Fontaine will be required to surrender himself into custody to March 3, 2025, by noon, and reiterate its designation recommendation.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By: _s/ Daniel J. Hesler_
    Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8347